IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLIE W. WILLIAMS,<br>  Plaintiff, | : | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | : | |
| ERIC SELLERS et al.,<br>  Defendants. | : | CIVIL ACTION NO.<br>1:14-CV-966-TWT-LTW |

**FINAL REPORT AND RECOMMENDATION**

Plaintiff was confined at the Gwinnett County Jail in Lawrenceville, Georgia when he filed this action. (Doc. 1.) Plaintiff, pro se, seeks damages for alleged violation of his civil rights. (*Id.*; Doc. 3.)

On May 5, 2014, the Court entered an Order directing Plaintiff to submit, with twenty-one days, a current inmate account certification in support of his application to proceed *in forma pauperis*. (Doc. 5.) Plaintiff missed that deadline, but the Court extended it. (Doc. 9.) On June 12, 2014, the Court entered an Order directing Plaintiff to submit the information by June 27, 2014. (*Id.*) The Court warned Plaintiff that failure to comply may result in dismissal of this case. (*Id.*)

Plaintiff has not submitted anything in response to the Court's June 12 Order, and the deadline for compliance has passed. The copy of the Court's June 12 Order

mailed to Plaintiff was returned as undeliverable because he has been released from the jail. (Doc. 10.) Plaintiff has not provided the Court with his new address.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a lawful order of the Court and to provide a current address. *See* Fed. R. Civ. P. 41(b); LR 41.2C, NDGa; LR 41.3A(2), NDGa.

**SO RECOMMENDED** this 14 day of July, 2014.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE